KELLY L. BORELLI (SBN 161499)
LOTTE COLBERT (SBN 207157)
RANDALL HAKES (SBN 233548)
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorney for Defendant Rose Maria Vivier

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD SCOTT,<br><br>      Plaintiff,<br><br>vs.<br><br>ROSE MARIA VIVIER<br><br>      Defendant. | Case No.: S-04-CV-2418 GEB DAD<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant Rose Maria Vivier hereby substitutes Murphy Austin Adams Schoenfeld, LLP, 1000 G Street, Third Floor, Sacramento, California, 95814; telephone number: (916) 446-2300; facsimile number: (916) 503-4000 as her counsel in the above-referenced action in lieu and in place of the Law Offices of John E. Virga, Inc.

Dated: April 13, 2005

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Lotte Colbert
    KELLY L. BORELLI
    LOTTE COLBERT

Attorneys for Defendant Rose Maria Vivier

-1-

Substitution of Attorneys

1  We consent to this substitution.

2  Dated: April 13, 2005                    LAW OFFICES OF JOHN E. VIRGA, INC.

3

4                                                        /s/ John E. Virga (as authorized on 4/13/05)
                                            By:
5                                                              John E. Virga

6

7  I consent to this substitution.         /s/ Rose Maria Vivier (original signature retained by
                                            attorney Lotte Colbert)
   Dated: April 5, 2005
8

9                                                           Rose Maria Vivier

10
                                                **ORDER**
11

12 It is so ordered.

13 DATED: April 19, 2005

14                                              /s/ Garland E. Burrell, Jr.

15                                           GARLAND E. BURRELL, JR.
                                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Substitution of Attorneys