```
                IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA

LENARD SCOTT,                        )
                                     )    CIV. S-04-2418 GEB DAD
                Plaintiff,           )
                                     )
     v.                              )
                                     )    REASSIGNMENT ORDER
ROSE MARIA VIVIER,                   )
                                     )
                Defendant.           )
                                     )
```

On May 16, 2005, the parties filed a joint consent to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. §636(c).

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.")

DATED:  June 14, 2005.

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All dates currently set before the Honorable Garland E. Burrell, Jr., are hereby VACATED and all documents hereafter filed shall be denominated as CIV. S-04-2418 DAD.

IT IS SO ORDERED.

DATED: June 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/scott2418.consent

2